# Liquidation Value Analysis

## Case Numb. #18-03190

*Debtor: Jesus Morales Miranda and Dorcas Nazario Rivera*

EXHIBIT B

| Real Property | Value | Forced sale value (90 days) | Liens | Net Equity | Debtor's % Interest | Net Equity to Estate | Exemption Used | Exemption Amount Claimed | Equity Avail. For Admin. | Sale Related Expense at 10.00% | Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carr. #664 KM 1.5 Bo Magueyes | $ 245,000.00 | $ 183,750.00 | $ 245,000.00 | $ - | 100% | $ - | PRLA @ 385 (Hogar Seguro) | 0 | $ - | $ - | $ - |
| Ave. Los Rosales - #208 | $ 95,000.00 | $ 71,250.00 | $ 95,000.00 | | | | | | | | |
| Bo. Sabana Hoyos - Sector Manantiales | $ 132,000.00 | $ 99,000.00 | $ 132,000.00 | | | | | | | | |
| Ave. Los Rosales - Parcela #26 | $ 160,000.00 | $ 120,000.00 | $ 160,000.00 | $ - | 100% | $ - | | $ - | $ - | $ - | $ - |
| Calle Almendar #109 | $ 80,000.00 | $ 60,000.00 | $ 80,000.00 | $ - | 100% | $ - | | $ - | $ - | $ - | $ - |

| Personal Property | Value | Forced sale value - 70% (90 days) | Liens | Net Equity | Debtor's % Ownership Interest | Net Equity to Estate | Exemption Being Used | Exemption Amount Claimed | Net Equity | Sale Related Expense at 10.00% | Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 Highlander | $ 15,000.00 | $ 10,500.00 | $ 6,015.19 | $ 4,484.81 | 100% | $ 4,484.81 | 522(d)(2) | $ 3,775.00 | $ 709.81 | $ 1,050.00 | $ - |
| 2002 Ford | $ 13,000.00 | $ 9,100.00 | $ - | $ 9,100.00 | 100% | $ 9,100.00 | 522(d)(5) | $ 1,690.00 | $ 7,410.00 | $ 910.00 | $ 6,500.00 |
| 1994 Ford 450 | $ 6,500.00 | $ 4,550.00 | $ - | $ 4,550.00 | 100% | $ 4,550.00 | (d)(2) | $ 3,775.00 | $ 775.00 | $ 455.00 | $ 320.00 |
| 1999 Ford 450 | $ 10,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | 100% | $ 7,000.00 | (d)(6) | $ 4,750.00 | $ 2,250.00 | $ 700.00 | $ 1,550.00 |
| Household Goods | $ 20,000.00 | $ 14,000.00 | $ - | $ 14,000.00 | 100% | $ 14,000.00 | (d)(3) | $ 20,000.00 | $ (6,000.00) | $ 1,400.00 | $ - |
| Electronics | $ 1,500.00 | $ 1,050.00 | $ - | $ 1,050.00 | 100% | $ 1,050.00 | (d)(3) | $ 1,500.00 | $ (450.00) | $ 105.00 | $ - |
| Clothing | $ 1,000.00 | $ 700.00 | $ - | $ 700.00 | 100% | $ 700.00 | (d)(3) | $ 1,000.00 | $ (300.00) | $ 70.00 | $ - |
| Jewelry | $ 5,200.00 | $ 3,640.00 | $ - | $ 3,640.00 | 100% | $ 3,640.00 | (d)(4) | $ 2,700.00 | $ 940.00 | $ 364.00 | $ 576.00 |
| Cash | $ 800.00 | $ 560.00 | $ - | $ 560.00 | 100% | $ 560.00 | (d)(5) | $ 800.00 | $ (240.00) | $ 56.00 | $ - |
| BPPR Account | $ 10.00 | $ 7.00 | $ - | $ 7.00 | 100% | $ 7.00 | (d)(5) | $ 10.00 | $ (3.00) | $ 0.70 | $ - |
| Coop Stocks | $ 2,000.00 | $ 1,400.00 | $ 15,975.00 | $ (14,575.00) | 100% | $ (14,575.00) | | $ - | $ (14,575.00) | $ 140.00 | $ - |
| 2002 Huyandai Finger | $ 12,500.00 | $ 8,750.00 | $ - | $ 8,750.00 | 100% | $ 8,750.00 | | $ - | $ 8,750.00 | $ 875.00 | $ 7,875.00 |
| Inventory | $ 16,432.06 | $ 11,502.44 | $ - | $ 11,502.44 | 100% | $ 11,502.44 | | $ - | $ 11,502.44 | $ 1,150.24 | $ 10,352.20 |

**Case Liquidation Value** $ **27,173.20**
Chapter 7 Trustee's Liquidating Fees $ 3,467.32
**Net Liquidation Value to Estate Prior to Admin Expenses** $ **23,705.88**

I. Projected Administrative Expenses
   Attorney Fees $ 10,000.00
   Accountant $ 2,500.00
Total Admin Expenses $ 12,500.00 $ 12,500.00

***Estimated Funds Available for Unsecured Creditors*** $ **11,205.88**