EXHIBIT C

# Five Year Cash Flow Projections
## Case Numb. #18-03190
*Debtor: Jesus Morales Miranda & Dorcas Nazario Rivera*

| 2019 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ - | $ - | $ - | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 | $ 12,250 |
| Business Expenses | $ - | $ - | $ - | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 |
| *Net Income* | $ - | $ - | $ - | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 | $ 3,250 |
| (+) Rental Income | $ - | $ - | $ - | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 | $ 2,250 |
| (+) Professional Services Inc. | $ - | $ - | $ - | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| *Total Household Income* | $ - | $ - | $ - | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 | $ 7,000 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ - | $ - | $ - | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 |
| Self Employment Taxes | $ - | $ - | $ - | $ 475 | $ 475 | $ 475 | $ 475 | $ 475 | $ 475 | $ 475 | $ 475 | $ 475 |
| Prop. Tax., Ins., Repairs, & Vacan. Facto | $ - | $ - | $ - | $ 338 | $ 338 | $ 338 | $ 338 | $ 338 | $ 338 | $ 338 | $ 338 | $ 338 |
| Class 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 |
| Class 2 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,101 | $ 1,101 | $ 1,101 | $ 1,101 | $ 1,101 | $ 1,101 |
| Class 3 | $ - | $ - | $ - | $ - | $ - | $ - | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |
| Class 4 | $ - | $ - | $ - | $ - | $ - | $ - | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 |
| Class 5 | $ - | $ - | $ - | $ - | $ - | $ - | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 |
| Class 6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 7 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 423 | $ 423 | $ 423 | $ 423 | $ 423 | $ 423 |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 10 (New Value Injection) | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,000 | $ - | $ - | $ - | $ - | $ - |
| Admin. Payments and Insurance/Prope | $ - | $ - | $ - | $ 4,000 | $ - | $ - | $ - | $ 4,000 | $ - | $ - | $ - | $ - |
| *Total of Pmts* | $ - | $ - | $ - | $ 5,713 | $ 1,713 | $ 1,713 | $ 8,033 | $ 11,033 | $ 7,033 | $ 7,033 | $ 7,033 | $ 7,033 |
| Month Ending Cash | $ - | $ - | $ - | $ 1,288 | $ 5,288 | $ 5,288 | $ (1,033) | $ (4,033) | $ (33) | $ (33) | $ (33) | $ (33) |
| Cummulative Cash | $ 5,000 | $ 5,000 | $ 5,000 | $ 6,288 | $ 11,575 | $ 16,863 | $ 15,829 | $ 11,796 | $ 11,762 | $ 11,729 | $ 11,696 | $ 11,662 |

| 2020 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 | $ 12,600 |
| Business Expenses | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 | $ 9,300 |
| *Net Income* | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 |
| (+) Rental Income | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 | $ 2,325 |
| (+) Professional Services Inc. | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 | $ 1,550 |
| *Total Household Income* | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 | $ 7,175 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 | $ 950 |
| Self Employment Taxes | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 | $ 485 |
| Prop. Tax., Ins., Repairs, & Vacan. Facto | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 | $ 349 |
| Class 1 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 |
| Class 2 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,101 | $ 1,101 | $ 1,101 | $ 1,101 | $ 1,101 |
| Class 3 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |
| Class 4 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 |
| Class 5 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 |
| Class 6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 |
| Class 7 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 |
| Class 8 | $ 423 | $ 423 | $ 423 | $ 423 | $ 423 | $ 423 | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Total of Pmts* | $ 7,103 | $ 7,103 | $ 7,103 | $ 7,103 | $ 7,103 | $ 7,103 | $ 7,306 | $ 7,307 | $ 7,308 | $ 7,308 | $ 7,308 | $ 7,308 |
| Month Ending Cash | $ 72 | $ 72 | $ 72 | $ 72 | $ 72 | $ 72 | $ (131) | $ (132) | $ (133) | $ (133) | $ (133) | $ (133) |
| Cummulative Cash | $ 11,734 | $ 11,807 | $ 11,879 | $ 11,951 | $ 12,023 | $ 12,096 | $ 11,965 | $ 11,833 | $ 11,701 | $ 11,568 | $ 11,436 | $ 11,303 |

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,000 |
| Business Expenses | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 | $ 9,650 |
| *Net Income* | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 | $ 3,350 |
| (+) Rental Income | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 | $ 2,400 |
| (+) Professional Services Inc. | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 |
| *Total Household Income* | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 | $ 7,350 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Self Employment Taxes | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 | $ 495 |
| Prop. Tax., Ins., Repairs, & Vacan. Factor | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 |
| Class 1 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 |
| Class 2 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 |
| Class 3 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |
| Class 4 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 |
| Class 5 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 |
| Class 6 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 |
| Class 7 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 |
| Class 8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total of Pmts** | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 | $ 7,377 |
| Month Ending Cash | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) | $ (27) |
| Cummulative Cash | $ 11,276 | $ 11,249 | $ 11,222 | $ 11,195 | $ 11,168 | $ 11,141 | $ 11,114 | $ 11,087 | $ 11,060 | $ 11,032 | $ 11,005 | $ 10,978 |

| 2022 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 | $ 13,450 |
| Business Expenses | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 | $ 10,050 |
| *Net Income* | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 | $ 3,400 |
| (+) Rental Income | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 | $ 2,475 |
| (+) Professional Services Inc. | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 | $ 1,650 |
| *Total Household Income* | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 | $ 7,525 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 | $ 1,060 |
| Self Employment Taxes | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 | $ 505 |
| Prop. Tax., Ins., Repairs, & Vacan. Factor | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 |
| Class 1 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 |
| Class 2 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 |
| Class 3 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |
| Class 4 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 |
| Class 5 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 |
| Class 6 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 |
| Class 7 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 |
| Class 8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Total of Pmts* | $ 7,458 | $ 7,458 | $ 7,458 | $ 7,458 | $ 7,458 | $ 7,458 | $ 7,458 | $ 7,459 | $ 7,459 | $ 7,459 | $ 7,459 | $ 7,459 |
| Month Ending Cash | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 66 | $ 66 | $ 66 | $ 66 | $ 66 |
| Cummulative Cash | $ 11,044 | $ 11,111 | $ 11,178 | $ 11,245 | $ 11,311 | $ 11,378 | $ 11,445 | $ 11,511 | $ 11,578 | $ 11,644 | $ 11,711 | $ 11,777 |

| 2023 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 | $ 13,950 |
| Business Expenses | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 |
| *Net Income* | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 | $ 3,450 |
| (+) Rental Income | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 | $ 2,550 |
| (+) Professional Services Inc. | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 | $ 1,725 |
| *Total Household Income* | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 | $ 7,725 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 | $ 1,105 |
| Self Employment Taxes | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 | $ 518 |
| Prop. Tax., Ins., Repairs, & Vacan. Factor | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 | $ 383 |
| Class 1 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 |
| Class 2 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 |
| Class 3 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |
| Class 4 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 |
| Class 5 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 |
| Class 6 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 |
| Class 7 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 |
| Class 8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Total of Pmts* | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 | $ 7,527 |
| Month Ending Cash | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 |
| Cummulative Cash | $ 11,975 | $ 12,173 | $ 12,371 | $ 12,569 | $ 12,767 | $ 12,965 | $ 13,163 | $ 13,361 | $ 13,558 | $ 13,756 | $ 13,954 | $ 14,151 |

| 2024 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Income** | | | | | | | | | | | | |
| Business Income - Mr. | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 | $ 14,500 |
| Business Expenses | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 |
| *Net Income* | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 |
| (+) Rental Income | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 | $ 2,625 |
| (+) Professional Services Inc. | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 | $ 1,775 |
| *Total Household Income* | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 | $ 7,900 |
| **Payments Under Plan** | | | | | | | | | | | | |
| Gen. Household and Personal Exp. | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 | $ 1,165 |
| Self Employment Taxes | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 | $ 528 |
| Prop. Tax., Ins., Repairs, & Vacan. Factor | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 |
| Class 1 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | $ 1,685 | | | **REFINANCE OF REAL PROPERTY** | | | |
| Class 2 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | | | **REFINANCE OF REAL PROPERTY** | | | |
| Class 3 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | | | **REFINANCE OF REAL PROPERTY** | | | |
| Class 4 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | $ 653 | | | **REFINANCE OF REAL PROPERTY** | | | |
| Class 5 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | $ 908 | | | **REFINANCE OF REAL PROPERTY** | | | |
| Class 6 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ 499 | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 7 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ 127 | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 8 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 9 | $ - | $ - | $ - | $ - | $ - | $ - | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| *Total of Pmts* | $ 7,608 | $ 7,608 | $ 7,608 | $ 7,608 | $ 7,608 | $ 7,608 | $ 2,286 | $ 2,286 | $ 2,286 | $ 2,286 | $ 2,286 | $ 2,286 |
| Month Ending Cash | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 292 | $ 5,614 | $ 5,614 | $ 5,614 | $ 5,614 | $ 5,614 | $ 5,614 |
| Cummulative Cash | $ 14,443 | $ 14,735 | $ 15,027 | $ 15,318 | $ 15,610 | $ 15,902 | $ 21,516 | $ 27,129 | $ 32,743 | $ 38,357 | $ 43,971 | $ 49,584 |